| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Beth A Huber, 184702 THE HUBER LAW FIRM 1104 Lincoln Avenue San Rafael, CA 94901 ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: (415) 456-4411 | FOR COURT USE ONLY |
|---|---|---|
| | Ref. No. or File No. Vallimont | FILED '08 APR 17 PM 3:47 U.S. DISTRICT COURT |
| Insert name of court, judicial district or branch court, if any: United States District Court 450 Golden Gate Avenue San Francisco, CA 94102 | | |
| PLAINTIFF: Stephen Vallimont | | |
| DEFENDANT: Chevron Research | | |

| PROOF OF SERVICE | DATE: June 4, 2008 | TIME: 10:30 am | DEPT/DIV: F | CASE NUMBER: C08-01227 ADR JL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Complaint, Summons, Civil Case Cover Sheet, Order Setting Initial CMC, ADR Packet, ECF Registration Information Handout, Notice of Assignment of Case, Declination to Proceed, Consent to Proceed

2. Party Served:         Chevron USA, Inc.

3. Person Served:        CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery:   April 3, 2008      1:50 pm

5. Address, City and State:   2730 GATEWAY OAKS DR STE 100
                              SACRAMENTO, CA  95833                              **BY FAX**

6. Manner of Service:    Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.: 2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on April 17, 2008 at Sacramento, California.

Signature: _____
              Tyler Dimaria

FF# 6659820