1  ROBERT D. EASSA, Bar No. 107970
   DELIA A. ISVORANU, Bar No. 226750
2  FILICE BROWN EASSA & McLEOD LLP
   1999 Harrison Street, Suite 1800
3  Oakland, California 94612-0850
   Telephone:    510.444.3131
4  Facsimile:    510.839.7940

5  Attorneys for Defendant
   CHEVRON ENERGY
6  TECHNOLOGY COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  STEPHEN VALLIMONT, an individual,,        Case No.  C 08-01227 JL

12               Plaintiff,
                                              **DEFENDANT CHEVRON ENERGY
13  v.                                        TECHNOLOGY COMPANY'S
                                              CERTIFICATE OF INTEREST**
14  CHEVRON RESEARCH &
    TECHNOLOGY and JIM EVERARD,

15               Defendants.

16

17

18

19        Defendant Chevron Energy Technology Company ("Chevron"), erroneously sued as

20  "Chevron Research & Technology," certifies pursuant to Civil L.R. 3-16 that the following listed

21  persons, associations of persons, firms, partnerships, corporations (including parent corporations)

22  or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

23  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

24  substantially affected by the outcome of this proceeding:

25        Chevron U.S.A. Inc. Defendant Chevron Energy Technology Company is a division of

26  Chevron U.S.A. Inc.

27  ///

28  ///

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

1

2   Dated: April 23, 2008

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   00215 34352 Delia A. Isvoranu  584751.1

27

28

Respectfully,

FILICE BROWN EASSA & McLEOD LLP


By:_____/s/_____
    ROBERT D. EASSA
    DELIA A. ISVORANU
    Attorneys for Defendant
    CHEVRON ENERGY
    TECHNOLOGY COMPANY

FBE&M

LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

- 2 -

DEFENDANT CHEVRON ENERGY TECHNOLOGY'S COMPANY'S CERTIFICATE OF INTEREST
Case No.  C 08-01227 JL