```
ROBERT D. EASSA, Bar No. 107970
DELIA A. ISVORANU, Bar No. 226750
FILICE BROWN EASSA & McLEOD LLP
1999 Harrison Street, Suite 1800
Oakland, California 94612-0850
Telephone:   510.444.3131
Facsimile:    510.839.7940

Attorneys for Defendant
CHEVRON ENERGY
TECHNOLOGY COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN VALLIMONT, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> CHEVRON RESEARCH & TECHNOLOGY and JIM EVERARD, <br><br> Defendants. | Case No.  C 08-01227 JL <br><br> **DEFENDANT CHEVRON ENERGY TECHNOLOGY COMPANY'S NOTICE OF DESIGNATION OF COUNSEL** |

PLEASE TAKE NOTICE THAT Defendant Chevron Energy Technology Company ("Chevron"), erroneously sued as "Chevron Research & Technology," hereby designate Robert D. Eassa of Filice Brown Eassa and McLeod, 1999 Harrison Street, Suite 1800, Oakland, CA 94612, as a LEAD ATTORNEY and ATTORNEY TO BE NOTICED for Defendant Chevron.

The Court's records should hereinafter reflect that Mr. Eassa is defendants' LEAD ATTORNEY and ATTORNEY TO BE NOTICED in this matter, in addition to Delia Alexandra Isvoranu, also of Filice Brown Eassa and McLeod, 1999 Harrison Street, Suite 1800 Oakland, CA 94612.  Ms. Isvoranu is already designated as Chevron's attorney in this matter.

///

///

Respectfully,

Dated: April 23, 2008

FILICE BROWN EASSA & McLEOD LLP

By: \_\_\_\_/s/_____
ROBERT D. EASSA
DELIA A. ISVORANU
Attorneys for Defendant
CHEVRON ENERGY TECHNOLOGY COMPANY

00215 34352 Delia A. Isvoranu 584754.1

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131