1  ROBERT D. EASSA, Bar No. 107970
   DELIA A. ISVORANU, Bar No. 226750
2  FILICE BROWN EASSA & McLEOD LLP
   1999 Harrison Street, Suite 1800
3  Oakland, California 94612-0850
   Telephone:  510.444.3131
4  Facsimile:  510.839.7940

5  Attorneys for Defendant
   CHEVRON ENERGY
6  TECHNOLOGY COMPANY

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 STEPHEN VALLIMONT, an individual,,      Case No. C 08-01227 JL

12         Plaintiff,
                                            DEFENDANT CHEVRON ENERGY
13 v.                                       TECHNOLOGY COMPANY'S
                                            DECLINATION TO PROCEED BEFORE A
14 CHEVRON RESEARCH &                       MAGISTRATE JUDGE AND REQUEST
   TECHNOLOGY and JIM EVERARD,              FOR REASSIGNMENT TO DISTRICT
15                                          JUDGE
           Defendants.
16

17    **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

18         Defendant Chevron Energy Technology Company ("Chevron"), erroneously sued as

19 "Chevron Research & Technology," respectfully declines to consent to assignment of this case to

20 a United States Magistrate Judge and hereby requests the reassignment of this case to a United

21 States District Judge.

22                                          Respectfully,

23 Dated: April 23, 2008                    FILICE BROWN EASSA & McLEOD LLP

24
                                            By:      /s/
25                                            ROBERT D. EASSA
                                              DELIA A. ISVORANU
26                                            Attorneys for Defendant
                                              CHEVRON ENERGY
27                                            TECHNOLOGY COMPANY

28  00215 34352 Delia A. Isvoranu 584755.1

                                            - 1 -