| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| Robyn M Sembenini, 154397<br>THE HUBER LAW FIRM<br>1104 Lincoln Avenue<br>San Rafael, CA 94901 | (415) 456-4411 | FILED<br>Vallimont<br>08 APR 28 PM 3:47<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (Name): Plaintiff | Ref No. or File No: | |

Insert name of court, judicial district or branch court, if any:

United States District Court
1301 Clay St. #400 South
Oakland, CA 94612-5212

**PLAINTIFF:** Vallimont

**DEFENDANT:** Chevron Research & Technology, et al.

| PROOF OF SERVICE | DATE: 6/4/2008 | TIME: 10:30 AM | DEPT/DIV: 15 | CASE NUMBER: C08-01227 JSW ADR |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Complaint, Summons, Civil Case Cover Sheet, Order Setting Initial Case Management Conference; Judicial Notice; Standing ORder for all judges; Welcome to US Distr Court; Notice of Assignment to Mag Judge; Consent and decliation to proceed to Magistrate Judge

2. Party Served:   Jim Everard

3. Person Served:   party in item 2

4. Date & Time of Delivery:   4/23/2008   6:44 PM

5. Address, City and State:   563 Birkdale Drive
Vallejo, CA 94591

6. Manner of Service:   · Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 95.00

Registered California process server.
County: SOLANO
Registration No.:333

David Rozenkowski
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/28/2008 at Oakland, California.

Signature: _____

David Rozenkowski

FF# 6660894