BETH A. HUBER (SBN 184702)
THE HUBER LAW FIRM
1104 LINCOLN AVE
San Rafael, CA 94901
Telephone: (415) 456-4411
Facsimile: (415) 456-3811

DAVID SHANE (SBN 109890)
SHANE & TAITZ
1000 Drakes Landing Road, Suite 200
Greenbrea, CA 94904-3027
Telephone: (415) 464-2020
Facsimile: (415) 464-2024

Attorneys for Plaintiff
STEPHEN VALLIMONT

ROBERT D. EASSA (SBN 107970)
DELIA A. ISVORANU (SBN 226750)
FILICE BROWN EASSA & McLEOD LLP
1999 Harrison Street, Suite 1800
Oakland, California 94612-0850
Telephone: (510) 444-3131
Facimile: (510) 839-7940

Attorneys for Defendants
CHEVRON ENERGY TECHNOLOGY
COMPANY AND JIM EVERARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN VALLIMONT,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON RESEARCH & TECHNOLOGY<br>and JIM EVERARD,<br><br>**Defendants.** | Case No. C 08-01227 JSW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE SCHEDULE AND ADR DEADLINES<br><br>Trial Date: Not Calendared |

The parties, Plaintiff STEPHEN VALLIMONT ("Plaintiff") and Defendants CHEVRON ENERGY TECHNOLOGY COMPANY, erroneously sued as "Chevron Research &

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE SCHEDULE AND ADR DEADLINES       1

Technology," and JIM EVERARD ("Defendants"), do by and through their respective counsel, stipulate and agree that this matter should be continued from the June 6, 2008 Case Management Conference as set forth in the Court's May 5, 2008 Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement.

The parties make this request for several reasons, including because: Plaintiff's lead counsel is currently engaged in trial preparation for another matter that has a trial start date of May 19, 2008 (Sacramento Superior Court Case No. 06AS01628, *Thull v. River Oak*). This jury trial is expected to last ten days. Defendant's counsel will simultaneously be preparing for trial in another that has a trial start date of May 27, 2008 (Riverside Superior Court Case No. INC 038758, *ATM Capitol v. Longs Drug Stores California, Inc.*). This jury trial is expected to last 30 days.

Given this conflict, both parties' counsel will be unable to move forward in this matter until June 2008. Therefore, both parties request that the case schedule be continued as follows:

May 14, 2008 to July 8, 2008 to meet and confer regarding initial disclosure and to file a joint ADR Certification;

May 28, 2008 to July 11, 2008 to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement.

June 6, 2008 to July 18, 2008 for the Initial Case Management Conference.

Dated: May 9, 2008                        HUBER LAW FIRM

                                          By: /s/ Beth A. H.
                                              Beth Huber
                                              Attorneys for Plaintiff,
                                              STEPHEN VALLIMONT

Dated: May 9, 2008

                                          FILICE BROWN EASSA & McLEOD

By: /s/

Robert D. Eassa
Delia A. Isvoranu
Attorneys for Defendants,
CHEVRON RESEARCH & TECHNOLOGY
and JIM EVERARD

## [PROPOSED] ORDER

After reviewing the parties' stipulation and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Initial Case Management Conference is continued to July 18, 2008 at 1:30 p.m.;

**IT IS FURTHER ORDERED** that the deadline dates to meet and confer and file the Rule 26(f) Report are continued to July 8, 2008 and July 11, 2008, respectively.

DATED: May ____, 2008

_____
JEFFREY S. WHITE, Judge
United States District Court