1   ROBERT D. EASSA (SBN: 107970)
    DELIA A. ISVORANU (SBN: 226750)
2   FILICE BROWN EASSA & McLEOD LLP
    1999 Harrison Street, Suite 1800
3   Oakland, California 94612-0850
    Telephone:   (510) 444-3131
4   Facsimile:   (510) 839-7940

5   Attorneys for Defendants
    CHEVRON ENERGY
6   TECHNOLOGY COMPANY and
    JIM EVERARD
7

8   BETH A. HUBER (SBN: 184702)
    THE HUBER LAW FIRM
9   1104 Lincoln Ave.
    San Rafael, CA 94901
10  Telephone:  (415) 456-4411
    Facsimile:   (415) 456-3811
11

12  DAVID SHANE (SBN: 109890)
    SHANE & TAITZ
13  1000 Drakes Landing Road, Ste: 200
    Greenbrea, CA 94904-3027
14  Telephone: (415) 464-2020
    Facsimile: (415) 464-2024

15  Attorneys for Plaintiff
    STEPHEN VALLIMONT
16

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19

20  STEPHEN VALLIMONT, an individual,,        Case No.  C 08-01227 JSW

21              Plaintiff,
                                              STIPULATION AND [PROPOSED] ORDER
22  v.                                        DISMISSING DEFENDANT JIM EVERARD

23  CHEVRON RESEARCH &
    TECHNOLOGY and JIM EVERARD,
24
                Defendants.
25

26      Defendants Chevron Energy Technology Company and Plaintiff Stephen Vallimont, by

27  and through their attorneys of record, hereby STIPULATE AND AGREE and request of the

28  Court to enter an Order dismissing Defendant JIM EVERARD without prejudice from this action,

                                    - 1 -

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

    STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT JIM EVERARD
                        Case No. C 08-01227 JSW

1    including any and all claims alleged against him.

2

3    Dated: May _21_, 2008                    HUBER LAW FIRM

4
                                      By:    _____
5                                            Beth Huber
                                             Attorney for Plaintiff,
6                                            STEPHEN VALLIMONT

7

8

9    Dated: May 22, 2008                     FILICE BROWN EASSA & McLEOD LLP

10
                                      By:    _____
11                                           Robert D. Eassa
                                             Delia A. Isvoranu
12                                           Attorneys for Defendants,
                                             CHEVRON ENERGY TECHNOLOGY
13                                           COMPANY and JIM EVERARD

14

15                                    **ORDER**

16
          It is hereby ORDERED as follows:
17
          Defendant JIM EVERARD is hereby dismissed from this action, including any and all
18
     claims alleged against him.
19

20

21
     DATED: May _____, 2008
22                                           _____
                                             HON. JEFFREY S. WHITE
23                                           Judge of United States District Court

24

25

26

27

28

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.844.3131

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT JIM EVERARD
Case No. C 08-01227 JSW