1  ROBERT D. EASSA (SBN: 107970)
   DELIA A. ISVORANU (SBN: 226750)
2  FILICE BROWN EASSA & McLEOD LLP
   1999 Harrison Street, Suite 1800
3  Oakland, California 94612-0850
   Telephone:   (510) 444-3131
4  Facsimile:   (510) 839-7940

5  Attorneys for Defendants
   CHEVRON ENERGY
6  TECHNOLOGY COMPANY and
   JIM EVERARD
7

8  BETH A. HUBER (SBN: 184702)
   THE HUBER LAW FIRM
9  1104 Lincoln Ave.
   San Rafael, CA 94901
10 Telephone:   (415) 456-4411
   Facsimile:   (415) 456-3811
11

12 DAVID SHANE (SBN: 109890)
   SHANE & TAITZ
   1000 Drakes Landing Road, Ste: 200
13 Greenbrea, CA 94904-3027
   Telephone: (415) 464-2020
14 Facsimile: (415) 464-2024

15 Attorneys for Plaintiff
   STEPHEN VALLIMONT
16

                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

19

20 STEPHEN VALLIMONT, an individual,,        Case No. C 08-01227 JSW

21           Plaintiff,                       STIPULATION AND [PROPOSED] ORDER
                                              DISMISSING DEFENDANT JIM EVERARD
22 v.

23 CHEVRON RESEARCH &
   TECHNOLOGY and JIM EVERARD,
24
             Defendants.
25

26    Defendants Chevron Energy Technology Company and Plaintiff Stephen Vallimont, by

27 and through their attorneys of record, hereby STIPULATE AND AGREE and request of the

28 Court to enter an Order dismissing Defendant JIM EVERARD without prejudice from this action,

                                        - 1 -

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT JIM EVERARD
Case No. C 08-01227 JSW

including any and all claims alleged against him.

Dated: May 21, 2008

                                     HUBER LAW FIRM

                              By: _____
                                     Beth Huber
                                     Attorney for Plaintiff,
                                     STEPHEN VALLIMONT

Dated: May 22, 2008

                                     FILICE BROWN EASSA & McLEOD LLP

                              By: _____
                                     Robert D. Eassa
                                     Delia A. Isvoranu
                                     Attorneys for Defendants,
                                     CHEVRON ENERGY TECHNOLOGY
                                     COMPANY and JIM EVERARD

## ORDER

It is hereby ORDERED as follows:

Defendant JIM EVERARD is hereby dismissed from this action, including any and all claims alleged against him.

DATED: May 23, 2008

                                     _____
                                     HON. JEFFREY S. WHITE
                                     Judge of United States District Court

FBE&M
LAKE MERRITT PLAZA,
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.844.3131

-2-