| | |
|---|---|
| 1 | ROBERT D. EASSA (SBN 107970) |
| 2 | DELIA A. ISVORANU (SBN 226750) |
|   | FILICE BROWN EASSA & McLEOD LLP |
| 3 | 1999 Harrison Street, Suite 1800 |
|   | Oakland, CA 94612-0850 |
| 4 | Telephone: (510) 444-3131 |
|   | Facsimile: (510) 839-7940 |
| 5 | |
| 6 | Attorneys for Defendant |
|   | CHEVRON ENERGY TECHNOLOGY COMPANY |
| 7 | |
| 8 | BETH A. HUBER (SBN 184702) |
|   | THE HUBER LAW FIRM |
| 9 | 1104 Lincoln Ave. |
|   | San Rafael, California 94901 |
| 10 | Telephone: (415) 456-4411 |
|    | Facsimile:  (415) 453-8269 |
| 11 | |
| 12 | DAVID SHANE (SBN 109890) |
|    | SHANE & TAITZ |
| 13 | 1000 Drakes Landing Road, Suite 200 |
|    | Greenbrea, CA 94904-3027 |
| 14 | Telephone: (415) 464-2020 |
|    | Facsimile: (415) 464-2024 |
| 15 | Attorneys for Plaintiff |
|    | STEPHEN VALLIMONT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN VALLIMONT, | ) | NO. C 08-01227 JSW |
| | ) | |
| Plaintiff, | ) | PARTIES' ADR CERTIFICATION |
| | ) | |
| vs. | ) | Date: July 18, 2008 |
| | ) | Time: 1:30 p.m. |
| CHEVRON RESEARCH & TECHNOLOGY | ) | Ctrm: 2, 17th Fl. |
| and JIM EVERARD, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Civil Local Rule 16-8(b) and ADR Local Rule 3-5(b), Plaintiff Stephen Vallimont ("Plaintiff") and Defendant Chevron Energy Technology Company ("Defendant") (together the "Parties") by and through their counsel of record hereby certify that each has:

1. Read the Court's handbook entitled "Dispute Resolution Procedures in the Northern District of California;"

2. Discussed the available dispute resolution options provided by the Court and private entities; and

3. Considered whether this case might benefit from any of the available dispute resolution options.

Following the parties' meet and confer, agreement was not reached regarding the form of ADR to be engaged in by the parties. Plaintiff requests that the parties proceed with private mediation. Defendant requests Early Neutral Evaluation ("ENE") through the Court's program. In the alternative of ENE (not in addition to), Defendant agrees to proceed with mediation.

DATED: _____July 8, 2008___          FILICE BROWN EASSA
                                     & MCLEOD LLP

                                By:  _____/s/_____
                                     ROBERT D. EASSA
                                     DELIA A. ISVORANU
                                     Attorney for Defendant
                                     CHEVRON ENERGY TECHNOLOGY
                                     COMPANY


DATED: _____July 8, 2008___          HUBER LAW FIRM

                                By:  _____/s/_____
                                     BETH A. HUBER
                                     Attorney for Plaintiff
                                     STEPHEN VALLIMONT