# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**　　　　　**COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**:  July 18, 2008　　　　　　　**Court Reporter**: Jim Yeomans

**CASE NO. C-08-1227  JSW**

**TITLE:**  Stephen Vallimont v.  Chevron Research & Technology, et al.,

**COUNSEL FOR PLAINTIFF:**　　　　**COUNSEL FOR DEFENDANT:**

Beth Huber　　　　　　　　　　　　Delia Isvoranu

**PROCEEDINGS:**　 **Initial Case Management Conference**

**RESULTS:**　Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by July 25, 2008.

　　　　**ADR:  Court mediation to be completed by 1-16-09**

　　　　**Close of fact discovery:  1-12-09**

　　　　**Close of Expert discovery:  2-11-09**

　　　　**Hearing on dispositive motions (if any):  3-20-09 at 9:00 a.m.**

　　　　**Pretrial Conference:  5-26-09 at 2:00 p.m.**

　　　　**Jury Trial:  6-15-09 at 8:30 a.m.  (10 day est.)**

　　　　The Court will allow 10 depositions per side and 50 Interrogatories per side.