| | |
|---|---|
| 1 | ROBERT D. EASSA (SBN 107970) |
| 2 | DELIA A. ISVORANU (SBN 226750) |
|   | FILICE BROWN EASSA & McLEOD LLP |
| 3 | 1999 Harrison Street, Suite 1800 |
|   | Oakland, CA 94612-0850 |
| 4 | Telephone: (510) 444-3131 |
|   | Facsimile: (510) 839-7940 |
| 5 | |
| 6 | Attorneys for Defendant |
|   | CHEVRON ENERGY TECHNOLOGY COMPANY |
| 7 | |
| 8 | BETH A. HUBER (SBN 184702) |
|   | THE HUBER LAW FIRM |
| 9 | 1104 Lincoln Ave. |
|   | San Rafael, California 94901 |
| 10 | Telephone: (415) 456-4411 |
|   | Facsimile: (415) 453-8269 |
| 11 | |
| 12 | DAVID SHANE (SBN 109890) |
|   | SHANE & TAITZ |
| 13 | 1000 Drakes Landing Road, Suite 200 |
|   | Greenbrea, CA 94904-3027 |
| 14 | Telephone: (415) 464-2020 |
|   | Facsimile: (415) 464-2024 |
| 15 | Attorneys for Plaintiff |
|   | STEPHEN VALLIMONT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN VALLIMONT, | ) | NO. C 08-01227 JSW |
| | ) | |
| Plaintiff, | ) | PARTIES' CERTIFICATION RE: |
| | ) | DECLINATION TO PROCEED WITH |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | |
| CHEVRON RESEARCH & TECHNOLOGY | ) | Date: July 18, 2008 |
| and JIM EVERARD, | ) | Time: 1:30 p.m. |
| | ) | Ctrm: 2, 17th Fl. |
| Defendants. | ) | |

Plaintiff Stephen Vallimont ("Plaintiff") and Defendant Chevron Energy Technology Company ("Defendant") (together the "Parties") by and through their counsel of record hereby certify that:

1. The parties have read the Court's handbook entitled "Consenting To A Magistrate Judge's Jurisdiction In the Northern District of California;"

2. Counsel has discussed with their respective clients the opportunity to consent to a Magistrate Judge's jurisdiction in this matter; and

3. There is no mutual agreement to proceed with a Magistrate Judge and, therefore, that this matter will remain assigned to the Honorable Judge Jeffrey S. White.

DATED: July 23, 2008

FILICE BROWN EASSA
& MCLEOD LLP

By: /s/
ROBERT D. EASSA
DELIA A. ISVORANU
Attorney for Defendant
CHEVRON ENERGY TECHNOLOGY COMPANY

DATED: July 23, 2008

HUBER LAW FIRM

By: /s/
BETH A. HUBER
Attorney for Plaintiff
STEPHEN VALLIMONT