BETH A. HUBER (SBN 184702)
THE HUBER LAW FIRM
1104 LINCOLN AVE
San Rafael, CA 94901
Telephone: (415) 456-4411
Facsimile: (415) 456-3811

DAVID SHANE (SBN 109890)
SHANE & TAITZ
1000 Drakes Landing Road, Suite 200
Greenbrea, CA 94904-3027
Telephone: (415) 464-2020
Facsimile: (415) 464-2024

Attorneys for Plaintiff
STEPHEN VALLIMONT

ROBERT D. EASSA (SBN 107970)
DELIA A. ISVORANU (SBN 226750)
FILICE BROWN EASSA & McLEOD LLP
1999 Harrison Street, Suite 1800
Oakland, California 94612-0850
Telephone: (510) 444-3131
Facsimile: (510) 839-7940

Attorneys for Defendants
CHEVRON ENERGY TECHNOLOGY
COMPANY AND JIM EVERARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN VALLIMONT, | Case No. C 08-01227 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF THE RIGHT TO FILE A FIRST AMENDED COMPLAINT |
| CHEVRON RESEARCH & TECHNOLOGY and JIM EVERARD, | Trial Date: 6/15/2009 |
| Defendants. | |

The parties, Plaintiff STEPHEN VALLIMONT ("Plaintiff") and Defendant Chevron Energy Technology Company ("Defendant"), do by and through their respective counsel, stipulate and agree that Plaintiff can file a first amended complaint in this matter in which Plaintiff will amend the named defendants in this matter. Specifically, Plaintiff will change the named defendant from Chevron Research & Technology to Chevron Energy Technology Company and will no longer identify Jim Everard as an individually named defendant as he was previously dismissed in this matter.

Defendant Chevron Energy Technology Company, having previously filed an Answer to Plaintiff's Complaint, need not answer Plaintiff's First Amended Complaint and Chevron Energy Technology Company's initial Answer shall be deemed to remain operative.

The parties formally agreed to this stipulation during the July 18, 2008 Case Management Conference in this matter.

Dated: August 4, 2008                     HUBER LAW FIRM

                                          By: _____
                                              Beth Huber
                                              Attorneys for Plaintiff,
                                              STEPHEN VALLIMONT

Dated: August 6, 2008

                                          FILICE BROWN EASSA & McLEOD

                                          By: _____
                                              Robert D. Eassa
                                              Delia A. Isvoranu
                                              Attorneys for Defendants,
                                              CHEVRON RESEARCH & TECHNOLOGY
                                              and JIM EVERARD

///
///

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF THE RIGHT TO FILE A FIRST AMENDED COMPLAINT                                                                 2

**[PROPOSED] ORDER**

After reviewing the parties' stipulation and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff is granted the right to file a First Amended Complaint which amends the named defendants in this matter.

DATED: August___, 2008

_____
JEFFREY S. WHITE, Judge
United States District Court

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF THE RIGHT TO FILE A FIRST AMENDED COMPLAINT    3