| | |
|---|---|
| 1 | BETH A. HUBER (SBN 184702) |
| 2 | THE HUBER LAW FIRM |
|   | 1104 LINCOLN AVE |
| 3 | San Rafael, CA 94901 |
|   | Telephone: (415) 456-4411 |
| 4 | Facsimile: (415) 456-3811 |
| 5 | DAVID SHANE (SBN 109890) |
|   | SHANE & TAITZ |
| 6 | 1000 Drakes Landing Road, Suite 200 |
|   | Greenbrea, CA 94904-3027 |
| 7 | Telephone: (415) 464-2020 |
|   | Facsimile: (415) 464-2024 |
| 8 | |
| 9 | Attorneys for Plaintiff |
|   | STEPHEN VALLIMONT |
| 10 | |
| 11 | ROBERT D. EASSA (SBN 107970) |
|    | DELIA A. ISVORANU (SBN 226750) |
| 12 | FILICE BROWN EASSA & McLEOD LLP |
|    | 1999 Harrison Street, Suite 1800 |
| 13 | Oakland, California 94612-0850 |
|    | Telephone: (510) 444-3131 |
| 14 | Facsimile: (510) 839-7940 |
| 15 | |
| 16 | Attorneys for Defendants |
|    | CHEVRON ENERGY TECHNOLOGY |
|    | COMPANY AND JIM EVERARD |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN VALLIMONT, | Case No. C 08-01227 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CLOSE OF NON-EXPERT AND EXPERT DISCOVERY |
| v. | |
| CHEVRON RESEARCH & TECHNOLOGY and JIM EVERARD, | Trial Date: June 15, 2009 |
| Defendants. | |

The parties, Plaintiff STEPHEN VALLIMONT ("Plaintiff") and Defendant CHEVRON RESEARCH & TECHNOLOGY ("Defendant"), do by and through their respective counsel,

STIPULATION AND [PROPOSED] ORDER CONTINUING CLOSE OF NON-EXPERT AND EXPERT DISCOVERY 1

stipulate and agree that the non-expert discovery in this matter, which is now scheduled to close on January 12, 2009 per the Court's July 22, 2008 Order Scheduling Trial and Pretrial Matters, should be continued to March 2, 2009, which is approximately forty-five (45) days during which additional depositions need to be taken in this matter.

Both parties also stipulate that other deadlines related to the close of non-expert discovery be continued similarly. Specifically, (i) the deadline to serve and file a certification that all supplementation has been completed would be continued to January 29, 2009; (ii) the deadline for any motions to compel would be continued to March 9, 2009 based on Local Rule 26-2; (iii) the deadline to complete mediation would be continued to March 2, 2009; and (iv) the last day for expert discovery would be continued to April 30, 2008 with the parties to disclose their respective experts according to Federal Rule of Civil Procedure 26(a)(2)(C).

The parties make this request for good cause, including because (1) several witnesses whose depositions have been noticed will not be taken until January 2009; (2) several witness depositions have yet to be scheduled; (3) Plaintiff cannot adequately assess the need to take two witnesses' depositions, Ms. Juli Moore and Ms. Cynthia Bozman, until after other depositions have been concluded; (4) Defendant is not voluntarily producing witnesses for deposition but instead, is requiring Plaintiff subpoena their deposition testimony though they remain employed with Defendant; (5) Plaintiff and Defendant are meeting and conferring on outstanding depositions; (6) Plaintiff will likely need to file motions to compel other testimony; and (7) if needed, Plaintiff requires time to propound follow-up discovery requests based upon deposition testimony.

///

///

STIPULATION AND [PROPOSED] ORDER CONTINUING CLOSE OF NON-EXPERT AND EXPERT DISCOVERY 2

| | | |
|---|---|---|
| 1 | Dated: December 22, 2008 | HUBER LAW FIRM |
| 2 | | |
| 3 | | By: /s/ Beth Huber |
| 4 | | Beth Huber<br>Attorneys for Plaintiff, |
| 5 | Dated: December 22, 2008 | STEPHEN VALLIMONT |
| 6 | | |
| 7 | | FILICE BROWN EASSA & M<sup>c</sup>LEOD |
| 8 | | By: |
| 9 | | Robert D. Eassa<br>Delia A. Isvoranu |
| 10 | | Attorneys for Defendants, |
| 11 | | CHEVRON RESEARCH & TECHNOLOGY<br>and JIM EVERARD |

### [PROPOSED] ORDER

After reviewing the parties' stipulation and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the close of non-expert discovery in this matter is continued from January 12, 2009 until March 2, 2009; the deadline to serve and file a certification that all supplementation has been completed is continued to January 29, 2009; the deadline to file a ~~motion to compel~~ joint letter pursuant to the Court's standing orders is continued to March 9, 2009; the deadline to complete mediation is continued to March 2, 2009; the last day for expert discovery is continued to April 30, 2008 with disclosure occurring puruant to FRCP 26(a)(2)(C).

DATED: December 23, 2008

/s/ Jeffrey S. White
JEFFREY S. WHITE, Judge
United States District Court

STIPULATION AND [PROPOSED] ORDER CONTINUING CLOSE OF NON-EXPERT AND EXPERT DISCOVERY      3