ROBERT D. EASSA (SBN 107970)
DELIA A. ISVORANU (SBN 226750)
FILICE BROWN EASSA & McLEOD LLP
1999 Harrison Street, Suite 1800
Oakland, California 94612-0850
Telephone: (510) 444-3131
Facsimile: (510) 839-7940

Attorneys for Defendants
CHEVRON ENERGY TECHNOLOGY
COMPANY AND JIM EVERARD

BETH A. HUBER (SBN 184702)
THE HUBER LAW FIRM
1104 LINCOLN AVE
San Rafael, CA 94901
Telephone: (415) 456-4411
Facsimile: (415) 456-3811

DAVID SHANE (SBN 109890)
SHANE & TAITZ
1000 Drakes Landing Road, Suite 200
Greenbrea, CA 94904-3027
Telephone: (415) 464-2020
Facsimile: (415) 464-2024

Attorneys for Plaintiff
STEPHEN VALLIMONT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN VALLIMONT, | Case No. C 08-01227 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR FILING & HEARING DISPOSITIVE MOTIONS |
| v. | |
| CHEVRON RESEARCH & TECHNOLOGY and JIM EVERARD, | Trial Date: June 15, 2009 |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER CONTINUING DATES FOR FILING AND HEARING DISPOSITIVE MOTIONS

1  On December 23, 2008, the Court entered (pursuant to the parties' stipulation) an Order extending non-expert discovery in this matter from January 12, 2009 to March 2, 2009. The Order also similarly continued other deadlines including (i) the deadline to serve and file a certification that all supplementation has been completed; (ii) the deadline for any motions to compel; (iii) the deadline to complete mediation; and (iv) the last day for expert disclosure and discovery.

The parties, Plaintiff STEPHEN VALLIMONT ("Plaintiff") and Defendant CHEVRON RESEARCH & TECHNOLOGY ("Defendant"), do by and through their respective counsel, also stipulate and agree that the February 13, 2009 deadline for filing dispositive motions be continued—as a result of the extended discovery period—to March 13, 2009, and that the Court schedule said motion to be heard on April 15, 2009.

Good cause exists, including that discovery has been extended and, therefore, should be completed prior to the filing of any dispositive motions. The requested continuance correlates to the recent continuance of the discovery cut-off dates and is reasonable as only a one month continuance of the dispositive motion dates is sought.

Dated: January 30, 2009

FILICE BROWN EASSA & McLEOD

By: _____/s/_____
Robert D. Eassa
Delia A. Isvoranu
Attorneys for Defendants,

Dated: January 30, 2009        HUBER LAW FIRM

By: _____/s/_____
Beth Huber
Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER CONTINUING DATES FOR FILING AND HEARING DISPOSITIVE MOTIONS    2

[PROPOSED] ORDER

After reviewing the parties' stipulation and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the date by which all dispositive motions must be filed in this matter is continued from February 13, 2009 until March 13, 2009, and such motion(s) shall be heard on ~~April 15, 2009~~, in this department at 9:00 a.m.

April 24, 2009

DATED: January 30, 2009

_____
HON. JEFFREY S. WHITE
United States District Court