BETH A. HUBER (SBN 184702)
THE HUBER LAW FIRM
1104 LINCOLN AVE
San Rafael, CA 94901
Telephone: (415) 456-4411
Facsimile: (415) 456-3811

DAVID SHANE (SBN 109890)
SHANE & TAITZ
1000 Drakes Landing Road, Suite 200
Greenbrea, CA 94904-3027
Telephone: (415) 464-2020
Facsimile: (415) 464-2024

Attorneys for Plaintiff
STEPHEN VALLIMONT

ROBERT D. EASSA (SBN 107970)
DELIA A. ISVORANU (SBN 226750)
FILICE BROWN EASSA & McLEOD LLP
1999 Harrison Street, Suite 1800
Oakland, California 94612-0850
Telephone: (510) 444-3131
Facsimile: (510) 839-7940

Attorneys for Defendants
CHEVRON ENERGY TECHNOLOGY
COMPANY AND JIM EVERARD

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN VALLIMONT, | Case No. C 08-01227 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE MOTION TO COMPEL; MEDIATION** |
| v. | |
| **CHEVRON RESEARCH & TECHNOLOGY and JIM EVERARD,** | Trial Date: June 15, 2009 |
| Defendants. | |

The parties, Plaintiff STEPHEN VALLIMONT ("Plaintiff") and Defendant CHEVRON RESEARCH & TECHNOLOGY ("Defendant"), do by and through their respective counsel,

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE MOTION TO COMPEL; MEDIATION 1

stipulate and agree the deadline for any motions to compel would be continued to March 17, 2009 based on Local Rule 26-2; (iii) the deadline to complete mediation would be continued to April 17, 2009.

The parties make this request for good cause, including because (1) the parties have met and conferred and Defendant has agreed to supplement its responses to Plaintiff's first set of written discovery with said supplementation to occur on or about March 10, 2009; (2) the parties prefer to consolidate all outstanding discovery issues to the Court in one letter motion instead of filing multiple letter motions with the Court; and (3) the parties are just completing witness depositions in this matter with at least one to be taken at an unknown time due to health concerns of the witness and (4) Plaintiff and Defendant are meeting and conferring on Plaintiff's second set of written discovery.

Dated: March 9, 2009              HUBER LAW FIRM

                                  By: _____/s/_____
                                  Beth Huber
                                  Attorneys for Plaintiff,
                                  STEPHEN VALLIMONT

Dated: March 9, 2009

                                  FILICE BROWN EASSA & M<sup>c</sup>LEOD

                                  By: _____/s/_____
                                  Robert D. Eassa
                                  Delia A. Isvoranu
                                  Attorneys for Defendants,
                                  CHEVRON RESEARCH & TECHNOLOGY
                                  and JIM EVERARD

/ / /
/ / /

1 **[PROPOSED] ORDER**

2 After reviewing the parties' stipulation and good cause appearing therefore,

3 **IT IS HEREBY ORDERED** that the deadline to file ~~a motion to compel~~ discovery disputes is continued to

4

5 March 17, 2009 and the deadline to complete mediation is continued to April 17, 2009.

6 DATED: March __9__, 2009  _____

7 JEFFREY S. WHITE, Judge
United States District Court