IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN VALLIMONT,<br><br>       Plaintiff,<br><br>  v.<br><br>CHEVRON RESEARCH & TECHNOLOGY COMPANY,<br><br>       Defendant.<br>_____/ | No. C 08-01227 JSW<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT** |

      This matter is set for a hearing on April 24, 2009 on Defendant's motion for summary judgment. Due to the Court's schedule, the hearing on the motion is CONTINUED to May 29, 2009. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 30, 2009 and a reply brief shall be filed by no later than April 6, 2009.

      If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

      **IT IS SO ORDERED.**

Dated: March 16, 2009

                                                                                 JEFFREY S. WHITE<br>
                                                                                 UNITED STATES DISTRICT JUDGE