BETH A. HUBER (SBN 184702)
THE HUBER LAW FIRM
1104 LINCOLN AVE
San Rafael, CA 94901
Telephone: (415) 456-4411
Facsimile: (415) 456-3811

DAVID SHANE (SBN 109890)
SHANE & TAITZ
1000 Drakes Landing Road, Suite 200
Greenbrea, CA 94904-3027
Telephone: (415) 464-2020
Facsimile: (415) 464-2024

Attorneys for Plaintiff
STEPHEN VALLIMONT

ROBERT D. EASSA (SBN 107970)
DELIA A. ISVORANU (SBN 226750)
FILICE BROWN EASSA & McLEOD LLP
1999 Harrison Street, Suite 1800
Oakland, California 94612-0850
Telephone: (510) 444-3131
Facsimile: (510) 839-7940

Attorneys for Defendants
CHEVRON ENERGY TECHNOLOGY
COMPANY AND JIM EVERARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN VALLIMONT, | Case No. C 08-01227 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CHEVRON RESEARCH & TECHNOLOGY and JIM EVERARD, | Trial Date: June 15, 2009 |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT

1

The parties, Plaintiff STEPHEN VALLIMONT ("Plaintiff") and Defendants CHEVRON RESEARCH & TECHNOLOGY and JIM EVERARD ("Defendants"), do by and through their respective counsel, stipulate and agree that based upon the original hearing date of April 24, 2009 for Defendant's Motion for Summary Judgment, which the court by order dated March 16, 2009 continued to May 29, 2009, that Plaintiff's opposition to Defendant's Motion for Summary Judgment shall be filed by no later than April 3, 2009, which is 21 days prior to the April 24, 2009 hearing date and the original due date for said opposition, and Defendant's reply brief shall be filed by no later than April 10, 2009.

The parties make this request for several reasons, including because: (1) the above briefing schedule is the same as the briefing schedule based upon the April 24, 2009 hearing date; and (2) Plaintiff's lead counsel is unavailable on March 27-30 because she is conducting a deposition out of state for a witness in another matter who will be unavailable after March 30, 2009 and as such, the deposition cannot be changed.

Dated: March 16, 2009                HUBER LAW FIRM

                                     By:    _____/s/_____
                                            Beth Huber
                                            Attorneys for Plaintiff,
                                            STEPHEN VALLIMONT

Dated: _____, 2009

                                     FILICE BROWN EASSA & M<sup>c</sup>LEOD

                                     By:    _____/s/_____
                                            Robert D. Eassa
                                            Delia A. Isvoranu
                                            Attorneys for Defendants,
                                            CHEVRON RESEARCH & TECHNOLOGY
                                            and JIM EVERARD

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT     **2**

# ~~[PROPOSED]~~ ORDER

After reviewing the parties' stipulation and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's opposition brief to Defendant's Motion for Summary Judgment shall be filed by no later than April 3, 2009 and Defendant's reply brief shall be filed by no later than April 10, 2009.

.

DATED: March __17__, 2009

_____
JEFFREY S. WHITE, Judge
United States District Court

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT

3