United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN VALLIMONT, | No. C-08-01227 JSW (EDL) |
| Plaintiff, | **ORDER REQUIRING FURTHER BRIEFING** |
| v. | |
| CHEVRON RESEARCH & TECHNOLOGY, | |
| Defendant. | |

The Court has reviewed the parties' March 17, 2009 letter regarding the current discovery disputes, and requires further information and briefing. First, the parties shall lodge the December 3, 2008 deposition transcript of Kathryn Gallacher. Second, each party shall file a brief providing specific citations to the Gallacher transcript in support of their positions regarding her further deposition, including Plaintiff's position that the last portion of the deposition consisted of argument between counsel, and Defendant's position that Plaintiff misused the deposition time. The briefs shall also provide information regarding the size, number of employees, and management structure of the High Pressure Unit and the Richmond facility as a whole. The parties shall also address whether responsive information regarding potentially similarly situated employees should extend beyond the High Pressure Unit to the Richmond plant in part or in whole. Briefs shall be limited to ten pages each, and shall be filed simultaneously no later than April 3, 2009.

**IT IS SO ORDERED.**

Dated: March 26, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge