ROBERT D. EASSA (SBN 107970)
DELIA A. ISVORANU (SBN 226750)
FILICE BROWN EASSA & McLEOD LLP
1999 Harrison Street, Suite 1800
Oakland, California 94612-0850
Telephone:  (510) 444-3131
Facsimile:  (510) 839-7940
Attorneys for Defendants
CHEVRON ENERGY TECHNOLOGY COMPANY

BETH A. HUBER (SBN 184702)
THE HUBER LAW FIRM
1104 LINCOLN AVE
San Rafael, CA 94901
Telephone:   (415) 456-4411
Facsimile:    (415) 456-3811

DAVID SHANE (SBN 109890)
SHANE & TAITZ
1000 Drakes Landing Road, Suite 200
Greenbrea, CA 94904-3027
Telephone:  (415) 464-2020
Facsimile:  (415) 464-2024
Attorneys for Plaintiff
STEPHEN VALLIMONT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN VALLIMONT,<br><br>            Plaintiff,<br><br>v.<br><br>CHEVRON ENERGY TECHNOLOGY COMPANY,<br><br>            Defendant. | Case No. C 08-01227 JSW (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR FILING OF LETTER RE DISCOVERY DISPUTE**<br><br>Trial Date:  June 15, 2009 |

On March 26, 2009, this Court issued and Order directing both parties to provide further briefing to the Court regarding a recent discovery dispute. The parties were ordered to

- 1 -

simultaneously file letter briefs addressing particular issues, no later than Friday April 3, 2009.

Counsel for both parties have met and conferred and due to conflicting schedules, have agreed and hereby stipulate, to simultaneously file the required letters no later than Monday April 6, 2009, at 9:00 a.m. This brief weekend continuance will not result in prejudice to either party given that the parties would not have been able to file their letters until late in the evening on Friday April 3, 2009 and, therefore, the Court would not be able to review the letters until Monday April 6, 2009 (the day on which the parties request they be allowed to file the letters.)

Respectfully submitted,

Dated: April 3, 2009   FILICE BROWN EASSA & M<sup>c</sup>LEOD

By: _____/s/_____
Robert D. Eassa
Delia A. Isvoranu
Attorneys for Defendants,

Dated: April 3, 2009   HUBER LAW FIRM

By: _____/s/_____
Beth Huber
Attorneys for Plaintiff

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR FILING OF LETTER RE DISCOVERY DISPUTE
Case No. C 08-01227 JSW (EDL)

1                                             **[PROPOSED] ORDER**

2        After reviewing the parties' stipulation and good cause appearing therefore,

3   **IT IS HEREBY ORDERED** that the date/time by which the parties may simultaneously file

4   the letter briefs required by the Court's March 26th Order shall be **Monday April 6, 2009, no**

5   **later than 9:00 a.m.**

7   DATED: April __3__, 2009

                                                  HON. _____
                                                  United States Magistrate Judge

*IT IS SO ORDERED — Judge Elizabeth D. Laporte (signed), United States District Court, Northern District of California seal*