IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN VALLIMONT,

    Plaintiff,

v.

CHEVRON RESEARCH & TECHNOLOGY COMPANY,

    Defendant.

No. C 08-01227 JSW

**ORDER VACATING HEARING ON MOTION FOR SUMMARY JUDGMENT**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion for summary judgment which has been noticed for hearing on Friday, June 24, 2009 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: June 23, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE