EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address):* | FOR COURT USE ONLY |
|---|---|
| Delia A. Isvoranu, Esq. (SBN: 226750)<br>Filice Brown Eassa & McLeod LLP<br>1999 Harrison Street, 18th Floor<br>Oakland, CA 94612 | |

TELEPHONE NO: 510-444-3131   FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* CHEVRON ENERGY TECHNOLOGY COMPANY
[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S. District Court
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District

PLAINTIFF: STEPHEN VALLIMONT

DEFENDANT: CHEVRON ENERGY TECHNOLOGY COMPANY

| WRIT OF | [X] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF   [ ] Personal Property<br>                              [ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>C08-01227 JSW |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** Solano

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* Chevron Energy Technology Company
   is the [X] judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name and last known address):*

   ┌─────────────────────────────┐
   │ Stephen Vallimont           │
   │ 995 Merryfield Avenue       │
   │ Davis, CA 95620             │
   │                             │
   └─────────────────────────────┘

   [ ] Additional judgment debtors on next page.
5. **Judgment entered on** *(date):* 10/08/2009
6. [ ] **Judgment renewed on** *(dates):*

7. **Notice of sale** under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see next page).*
8. [ ] Joint debtor information on next page.

   [SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .................. $ 9,332.75
12. Costs after judgment (per filed order or memo CCP 685.090) ............ $
13. Subtotal *(add 11 and 12)* ........... $ 9,332.75
14. Credits ........................ $
15. Subtotal *(subtract 14 from 13)* ...... $ 9,332.75
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) ... $ 496.64
17. Fee for issuance of writ ............. $
18. **Total** *(add 15, 16, and 17)* ........... $ 9,829.39
19. Levying officer:
   (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of 2.56 ........ $
   (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) ................. $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date):* APR 28 2010   Clerk, by HILARY JACKSON _____, Deputy

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev January 1, 2006]

**WRIT OF EXECUTION**   Legal Solutions Plus

Code of Civil Procedure, §§ 699.520, 712.010
Government Code, § 6013.5